FILED

03/02/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0120

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 20-0120

STATE OF MONTANA,

      Plaintiff and Appellee,

v.

DALE NEWBURY,

      Defendant and Appellant.

## GRANT

Pursuant to authority granted under Mont. R. App. P. 26(1), the Appellant is given an extension of time until April 2, 2021, to prepare, file, and serve the Appellant's opening brief.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
March 2 2021